**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

Audrey Murphy,

Plaintiff,

vs.

Boston Scientific Corporation,

Defendant.

Case No: 02-CV-88 PAM/JGL
File No: 1:01-01387

**STIPULATION TO DISMISS WITHOUT PREJUDICE**
AND ORDER

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their respective attorneys of record that this Court should dismiss, without prejudice, all remaining claims as to the defendants.

WHEREFORE, upon the stipulation and all the files, records, and proceedings herein, the parties respectfully request this court to dismiss the claim described above without prejudice.

**RANDALL & SCHUMACHER, P.A.**

By: [signature]

DATED: 3/14/02

Stephen J. Randall, Esq., #221910
1012 Grain Exchange Bldg.
400 South Fourth Street
Minneapolis, MN 55415
Telephone: (612) 332-0351
**ATTORNEYS FOR PLAINTIFF**

**HALLELAND LEWIS NILAN SIPKINS & JOHNSON, P.A.**

By: [signature]

DATED: 3/15/02

Tracy J. VanSteenburgh, #141173
600 Pillsbury Center South
200 South Sixth Street
Minneapolis, MN 55402-4501
Telephone: (612) 338-1838
**ATTORNEYS FOR DEFENDANTS**

FILED MAR 25 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD MAR 25 2002
DEPUTY CLERK

**ORDER**

Based upon the parties Stipulation to Dismiss Without Prejudice and upon all the files, records and proceedings herein, the court makes the following Order:

1. That pursuant to the parties Stipulation to Dismiss Without Prejudice, Plaintiff's claims are hereby dismissed without prejudice. There being no just cause for delay, the clerk is ordered to enter such judgment forthwith.

Dated: March 23, 2002

UNITED STATES DISTRICT COURT JUDGE